**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 20-20420-CMB |
| | : | |
| MATTHEW A. SOVICK | : | |
| | : | Chapter: 13 |
| Debtor | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for COLFAX POWER PLAN EMPLOYEES FEDERAL CREDIT UNION ("the Creditor"), and pursuant to Bankruptcy Rule 2002 of the Bankruptcy Code, the undersigned requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the Office, Post Office address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to the Debtors or the property on which the Creditor holds a lien.

<u>3/10/2020</u>  
Date

/s/ Tiffany Worosz_____  
Tiffany Worosz, Esquire  
PA I.D. #318903  
Covelli Law Offices, P.C.  
357 Regis Avenue, Suite 1  
Pittsburgh, PA 15236  
Phone: 412-653-5000  
Fax: 412-653-6599  
Email: lclose@covellilaw.com