**\*FILING FEE PAID\*** (Yes)    No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Sovick** _____ JAD/TPA/(CMB)/GLT

Case Number: **20-20420**

Date of Meeting: **3 / 16 / 20**    Recording # **2**

Debtor(s) present **✓** or Not Present ___ (___No Payments Made or **✓** partial payments)

Attorney for debtor(s) **Simone** _____ (Present **✓** or Not Present ___)

Date of Plan at § 341: **1-31-20**    Applicable commitment period ___3 yrs **✓** 5 yrs

Rolls for Simone

Pischime : Colfax.

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD          ___ Order to Show Cause Requested
                              ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___Final  ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting  OR  **✓** Conciliation Conf. OR ___ *Contested Hearing
    On **6-25-20**              at **10:00** am/pm Location _____

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee