# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MATTHEW A. SOVICK
- **Case Number:** 20-20420-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020 10:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#2 - Continued Confirmation of Plan Dated 1/31/2020 (N)
R / M #: 2 / 0

**Appearances:**

- Debtor: Simone
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor: Shapiro  Colfax FCU

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7-24-20.
   Objections are due on or before 8-14-20.
   A hearing on the Amended Plan is set for 8-27-20 at 1:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
6/29/20 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/17/2020  11:15:26AM