**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-20420-CMB |
| | : | |
| MATTHEW A. SOVICK | : | Chapter      13 |
|       Debtor | : | |
| | : | |
| ROCKET MORTGAGE, LLC f/k/a | : | |
| QUICKEN LOANS, LLC f/k/a | : | |
| QUICKEN LOANS INC. | : | Related to Claim No.   4-1 |
|       Movant | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW A. SOVICK | : | |
|       Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION RE: NOTICE MORTGAGE CHANGE PAYMENT**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:      **First Class Mail**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will, be listed under the heading "Service by First-Class Mail."

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Maria D. Miksich, Esquire
KML Law Group, P.C.
701 Market Street
Philadelphia, PA  19106

Date:    December 21, 2021

        /s/ Jason E. Rolls_____
Jason E. Rolls, Esquire
RISHOR SIMONE
101 E. Diamond Street, Suite 208
Butler, PA  16001
(724) 283-7215
PA I.D. 87334
rishor.simone1@1stcounsel.com