IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Matthew A. Sovick | : | Case No. 20-20420-CMB |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant(s) | : | Related to Document: |
| | : | |
| vs. | : | Hearing Date: |
| | : | |
| Matthew A. Sovick | : | |
| | : | |
| Respondent(s) | : | |

### WITHDRAWAL OF MOTION TO COMPEL DEBTOR(S) TO PROVIDE AFFIDAVIT OR OTHER SWORN STATEMENT REVEALING ORIGIN OF NON-SPECIFIC LUMP SUM PAYMENT

The Motion to Compel that was filed in the above-referenced case on April 10, 2023 (document #52) is hereby WITHDRAWN. The hearing scheduled for May 25, 2023 is cancelled.

Respectfully submitted,

5/1/2023

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Matthew A. Sovick                             :    Case No. 20-20420-CMB
                                              :
      Debtor(s)                     :    Chapter 13
                                              :
Ronda J. Winnecour, Chapter 13                :
Trustee                                       :
      Movant(s)                     :    Related to Document:
                                              :
      vs.                           :    Hearing Date:
                                              :
Matthew A. Sovick                             :
                                              :
      Respondent(s)                 :

## CERTIFICATE OF SERVICE

     I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Matthew A. Sovick
309 Porter Street
Springdale, PA  15144

Donald R. Calaiaro, Esquire
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222


| | |
|---|---|
| 5/1/23 | /s/ Rosa M. Richard |
| Date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |