**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew A. Sovick**
Debtor(s)

Bankruptcy Case No.: 20−20420−CMB

Chapter: 13
Docket No.: 61 − 60

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of June, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/14/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/14/23 at 02:30 PM in https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/14/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20420-CMB

Matthew A. Sovick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Jun 28, 2023    Form ID: 408    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew A. Sovick, 309 Porter Street, Springdale, PA 15144-1116 |
| cr | + | Colfax Power Plant Employees Federal Credit Union, 832 Pittsburgh Street, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194547 | + | B.I. Federal Credit Union, d/b/a BIFCU, c/o BI Federal Credit Union, 554 Joffre Cherry Valley Rd, Burgettstown, PA 15021-2812 |
| 15194551 | + | Colfax Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194552 | + | Colfax Power Plant Employees C. U., P.O. Box 186, Springdale, PA 15144-0186 |
| 15194553 | + | Colfax Power Plant Employees C.U., P.O. Box186, Springdale, PA 15144-0186 |
| 15219204 | + | Colfax Power Plant Employees Federal Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194554 | + | Colfax Power Plant visa, p.o. box 186, Springdale, PA 15144-0186 |
| 15230198 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 15230197 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2023 00:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2023 00:30:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 01:05:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2023 00:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194545 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2023 00:29:00 | Barclay Card, 125 Southwest Street, Wilmington, DE 19801-5014 |
| 15199224 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2023 00:28:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15194548 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:54:36 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214912 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:39:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 00:54:50 | Citibank NA, P.O. BOX 6500, Sioux Falls, SD 57117-6500 |
| 15230202 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 00:40:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15194555 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15197391 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15194556 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First Bankcard, P.O. Box 2340, Omaha, NE 68103-2557 |
| 15199528 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194557 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 29 2023 00:28:47 | Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15194558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 00:54:58 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15222187 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2023 00:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2023 01:05:59 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15216480 | + | Email/Text: RASEBN@raslg.com | Jun 29 2023 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15226350 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 00:38:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15194559 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 29 2023 00:28:00 | Marcus by Goldman Sachs, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15194546 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | BBVA, P.O. Box 830696, Birmingham, AL 35283-0566 |
| 15437443 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15222569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:40:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15194560 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:42 | Paypal Credit Cards, P.O. Box 960006, Orlando, FL 32896-0080 |
| 15210330 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2023 00:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194561 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2023 00:36:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 15230010 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15195667 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15194562 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:06 | Synchrony Bank/Amazon, P.O. BOX 960090, Orlando, FL 32896-0090 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 20-20420-CMB    Doc 62    Filed 06/30/23    Entered 07/01/23 00:27:19    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Matthew A. Sovick dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Jason Rolls | on behalf of Debtor Matthew A. Sovick rollsj@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Tiffany Worosz | on behalf of Creditor Colfax Power Plant Employees Federal Credit Union covellilawoffices@yahoo.com tworosz@covellilaw.com |

TOTAL: 10