**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW A. SOVICK<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:20-20420<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


June 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/04/2020 and confirmed on 9/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 270,625.55 |
| Less Refunds to Debtor | 235.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 270,389.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,310.00 | |
|    Trustee Fee | 12,604.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,914.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 33,366.55 | 0.00 | 33,366.55 |
|     Acct: 5401 | | | | |
|   COLFAX POWER PLANT EMPL FCU | 9,018.10 | 9,018.10 | 546.28 | 9,564.38 |
|     Acct: 6889 | | | | |
|   COLFAX POWER PLANT EMPL FCU | 35,069.51 | 35,069.51 | 1,342.13 | 36,411.64 |
|     Acct: 6889 | | | | |
| | | | | 79,342.57 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW A. SOVICK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW A. SOVICK | 235.97 | 235.97 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RISHOR SIMONE | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY H SIMONE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON E ROLLS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 7,682.91 | 7,682.91 | 0.00 | 7,682.91 |
|     Acct: 5263 | | | | |
|   PNC BANK NA | 25,674.25 | 25,674.25 | 0.00 | 25,674.25 |
|     Acct: 9284 | | | | |
|   BI FEDERAL CREDIT UNION/BIFCU | 5,295.76 | 5,295.76 | 0.00 | 5,295.76 |
|     Acct: 3546 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,127.28 | 3,127.28 | 0.00 | 3,127.28 |
|     Acct: 7975 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 6,010.34 | 6,010.34 | 0.00 | 6,010.34 |
|     Acct: 5227 | | | | |
|   JPMORGAN CHASE BANK | 14,483.74 | 14,483.74 | 0.00 | 14,483.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1502 | | | | |
|   LVNV FUNDING LLC | 4,715.60 | 4,715.60 | 0.00 | 4,715.60 |
|     Acct: 7981 | | | | |
|   COLFAX POWER PLANT EMPL FCU | 4,216.67 | 4,216.67 | 0.00 | 4,216.67 |
|     Acct: 6889 | | | | |
|   COLFAX POWER PLANT EMPL FCU | 6,603.00 | 6,603.00 | 0.00 | 6,603.00 |
|     Acct: 6889 | | | | |
|   COLFAX POWER PLANT EMPL FCU | 9,987.06 | 9,987.06 | 0.00 | 9,987.06 |
|     Acct: 6889 | | | | |
|   DISCOVER BANK(*) | 5,381.32 | 5,381.32 | 0.00 | 5,381.32 |
|     Acct: 6833 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 4,612.92 | 4,612.92 | 0.00 | 4,612.92 |
|     Acct: 4251 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 41,587.33 | 41,587.33 | 0.00 | 41,587.33 |
|     Acct: 6328 | | | | |
|   CITIBANK NA** | 6,291.34 | 6,291.34 | 0.00 | 6,291.34 |
|     Acct: 8421 | | | | |
|   GOLDMAN SACHS BANK USA | 15,099.82 | 15,099.82 | 0.00 | 15,099.82 |
|     Acct: 2001 | | | | |
|   SYNCHRONY BANK | 6,517.62 | 6,517.62 | 0.00 | 6,517.62 |
|     Acct: 0739 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 7,845.86 | 7,845.86 | 0.00 | 7,845.86 |
|     Acct: 0563 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0563 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 175,132.82 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 254,475.39 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 44,087.61 |
| UNSECURED | 175,132.82 |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MATTHEW A. SOVICK

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:20-20420

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20420-CMB

Matthew A. Sovick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Jun 28, 2023    Form ID: pdf900    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew A. Sovick, 309 Porter Street, Springdale, PA 15144-1116 |
| cr | + | Colfax Power Plant Employees Federal Credit Union, 832 Pittsburgh Street, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194547 | + | B.I. Federal Credit Union, d/b/a BIFCU, c/o BI Federal Credit Union, 554 Joffre Cherry Valley Rd, Burgettstown, PA 15021-2812 |
| 15194551 | + | Colfax Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194552 | + | Colfax Power Plant Employees C. U., P.O. Box 186, Springdale, PA 15144-0186 |
| 15194553 | + | Colfax Power Plant Employees C.U., P.O. Box186, Springdale, PA 15144-0186 |
| 15219204 | + | Colfax Power Plant Employees Federal Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194554 | + | Colfax Power Plant visa, p.o. box 186, Springdale, PA 15144-0186 |
| 15230198 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 15230197 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2023 00:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2023 00:30:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 00:54:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2023 00:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194545 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2023 00:29:00 | Barclay Card, 125 Southwest Street, Wilmington, DE 19801-5014 |
| 15199224 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2023 00:28:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15194548 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:39:47 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214912 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:38:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 01:51:01 | Citibank NA, P.O. BOX 6500, Sioux Falls, SD 57117-6500 |
| 15230202 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 00:54:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15194555 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15197391 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box |

Case 20-20420-CMB   Doc 63   Filed 06/30/23   Entered 07/01/23 00:27:19   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15194556 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First Bankcard, P.O. Box 2340, Omaha, NE 68103-2557 |
| 15199528 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194557 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 29 2023 00:28:47 | Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15194558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 00:38:21 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15222187 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2023 00:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2023 01:30:10 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15216480 | + | Email/Text: RASEBN@raslg.com | Jun 29 2023 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15226350 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 00:54:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15194559 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 29 2023 00:28:00 | Marcus by Goldman Sachs, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15194546 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | BBVA, P.O. Box 830696, Birmingham, AL 35283-0566 |
| 15437443 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15222569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 01:17:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15194560 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:25 | Paypal Credit Cards, P.O. Box 960006, Orlando, FL 32896-0080 |
| 15210330 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2023 00:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194561 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2023 00:36:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 15230010 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 01:06:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15195667 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 01:06:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15194562 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:38:20 | Synchrony Bank/Amazon, P.O. BOX 960090, Orlando, FL 32896-0090 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jun 28, 2023     Form ID: pdf900     Total Noticed: 40

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Matthew A. Sovick dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Jason Rolls | on behalf of Debtor Matthew A. Sovick rollsj@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Tiffany Worosz | on behalf of Creditor Colfax Power Plant Employees Federal Credit Union covellilawoffices@yahoo.com tworosz@covellilaw.com |

TOTAL: 10