| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew A. Sovick <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6889 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN  __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–20420–CMB | | |

## Order of Discharge                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew A. Sovick

8/15/23                                                **By the court:** Carlota M Bohm
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                            **Chapter 13 Discharge**                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20420-CMB |
| Matthew A. Sovick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew A. Sovick, 309 Porter Street, Springdale, PA 15144-1116 |
| cr | + | Colfax Power Plant Employees Federal Credit Union, 832 Pittsburgh Street, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194547 | + | B.I. Federal Credit Union, d/b/a BIFCU, c/o BI Federal Credit Union, 554 Joffre Cherry Valley Rd, Burgettstown, PA 15021-2812 |
| 15194551 | + | Colfax Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194552 | + | Colfax Power Plant Employees C. U., P.O. Box 186, Springdale, PA 15144-0186 |
| 15194553 | + | Colfax Power Plant Employees C.U., P.O. Box186, Springdale, PA 15144-0186 |
| 15219204 | + | Colfax Power Plant Employees Federal Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194554 | + | Colfax Power Plant visa, p.o. box 186, Springdale, PA 15144-0186 |
| 15230198 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 15230197 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 16 2023 03:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 16 2023 03:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2023 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 15 2023 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | EDI: JEFFERSONCAP.COM | Aug 16 2023 03:17:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 16 2023 03:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 15 2023 23:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194545 | + | EDI: TSYS2 | Aug 16 2023 03:17:00 | Barclay Card, 125 Southwest Street, Wilmington, DE 19801-5014 |
| 15199224 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2023 23:30:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15194548 | | EDI: CAPITALONE.COM | | |

Case 20-20420-CMB   Doc 69   Filed 08/17/23   Entered 08/18/23 00:27:33   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 15214912 | EDI: CAPITALONE.COM | Aug 16 2023 03:17:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| | | Aug 16 2023 03:17:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194550 | + EDI: CITICORP.COM | Aug 16 2023 03:17:00 | Citibank NA, P.O. BOX 6500, Sioux Falls, SD 57117-6500 |
| 15230202 | EDI: CITICORP.COM | Aug 16 2023 03:17:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15194555 | EDI: DISCOVER.COM | Aug 16 2023 03:17:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15197391 | EDI: DISCOVER.COM | Aug 16 2023 03:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15194556 | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2023 23:30:00 | First Bankcard, P.O. Box 2340, Omaha, NE 68103-2557 |
| 15199528 | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2023 23:30:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194557 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 15 2023 23:30:22 | Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15194558 | + EDI: CITICORP.COM | Aug 16 2023 03:17:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15222187 | EDI: JEFFERSONCAP.COM | Aug 16 2023 03:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194549 | EDI: JPMORGANCHASE | Aug 16 2023 03:17:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15216480 | + Email/Text: RASEBN@raslg.com | Aug 15 2023 23:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15226350 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 23:40:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15194559 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 15 2023 23:30:00 | Marcus by Goldman Sachs, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15194546 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2023 23:30:00 | BBVA, P.O. Box 830696, Birmingham, AL 35283-0566 |
| 15437443 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2023 23:30:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15222569 | EDI: PRA.COM | Aug 16 2023 03:17:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15194560 | EDI: RMSC.COM | Aug 16 2023 03:17:00 | Paypal Credit Cards, P.O. Box 960006, Orlando, FL 32896-0080 |
| 15210330 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 15 2023 23:30:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194561 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 15 2023 23:30:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 15230010 | + EDI: RMSC.COM | Aug 16 2023 03:17:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15195667 | + EDI: RMSC.COM | Aug 16 2023 03:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15194562 | + EDI: RMSC.COM | Aug 16 2023 03:17:00 | Synchrony Bank/Amazon, P.O. BOX 960090, Orlando, FL 32896-0090 |

Case 20-20420-CMB  Doc 69  Filed 08/17/23  Entered 08/18/23 00:27:33  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 42 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Matthew A. Sovick apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Matthew A. Sovick dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Jason Rolls | on behalf of Debtor Matthew A. Sovick rollsj@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 42 |

Tiffany Worosz
                       on behalf of Creditor Colfax Power Plant Employees Federal Credit Union info@covellilaw.com  tworosz@covellilaw.com

TOTAL: 12