IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MATTHEW A. SOVICK

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 20-20420

Chapter 13

Document No.: 60

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __August__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/15/23 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20420-CMB

Matthew A. Sovick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew A. Sovick, 309 Porter Street, Springdale, PA 15144-1116 |
| cr | + | Colfax Power Plant Employees Federal Credit Union, 832 Pittsburgh Street, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194547 | + | B.I. Federal Credit Union, d/b/a BIFCU, c/o BI Federal Credit Union, 554 Joffre Cherry Valley Rd, Burgettstown, PA 15021-2812 |
| 15194551 | + | Colfax Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194552 | + | Colfax Power Plant Employees C. U., P.O. Box 186, Springdale, PA 15144-0186 |
| 15194553 | + | Colfax Power Plant Employees C.U., P.O. Box186, Springdale, PA 15144-0186 |
| 15219204 | + | Colfax Power Plant Employees Federal Credit Union, P.O. Box 186, Springdale, PA 15144-0186 |
| 15194554 | + | Colfax Power Plant visa, p.o. box 186, Springdale, PA 15144-0186 |
| 15230198 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 15230197 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 15 2023 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2023 23:30:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 15 2023 23:56:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 15 2023 23:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194545 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2023 23:30:00 | Barclay Card, 125 Southwest Street, Wilmington, DE 19801-5014 |
| 15199224 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2023 23:30:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15194548 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 23:40:49 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214912 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 23:55:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 23:56:06 | Citibank NA, P.O. BOX 6500, Sioux Falls, SD 57117-6500 |
| 15230202 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 23:56:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15194555 | | Email/Text: mrdiscen@discover.com | Aug 15 2023 23:30:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15197391 | | Email/Text: mrdiscen@discover.com | Aug 15 2023 23:30:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15194556 | | Email/Text: collecadminbankruptcy@fnni.com  Aug 15 2023 23:30:00 | | First Bankcard, P.O. Box 2340, Omaha, NE 68103-2557 |
| 15199528 | | Email/Text: collecadminbankruptcy@fnni.com  Aug 15 2023 23:30:00 | | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194557 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com  Aug 15 2023 23:30:22 | | Firstmark Services, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15194558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Aug 15 2023 23:56:36 | | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15222187 | | Email/Text: JCAP_BNC_Notices@jcap.com  Aug 15 2023 23:30:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194549 | | Email/PDF: ais.chase.ebn@aisinfo.com  Aug 15 2023 23:54:49 | | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15216480 | + | Email/Text: RASEBN@raslg.com  Aug 15 2023 23:30:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15226350 | | Email/PDF: resurgentbknotifications@resurgent.com  Aug 15 2023 23:54:09 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15194559 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com  Aug 15 2023 23:30:00 | | Marcus by Goldman Sachs, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15194546 | | Email/Text: Bankruptcy.Notices@pnc.com  Aug 15 2023 23:30:00 | | BBVA, P.O. Box 830696, Birmingham, AL 35283-0566 |
| 15437443 | | Email/Text: Bankruptcy.Notices@pnc.com  Aug 15 2023 23:30:00 | | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15222569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Aug 15 2023 23:55:01 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15194560 | | Email/PDF: gecsedi@recoverycorp.com  Aug 15 2023 23:56:28 | | Paypal Credit Cards, P.O. Box 960006, Orlando, FL 32896-0080 |
| 15210330 | + | Email/Text: bankruptcyteam@quickenloans.com  Aug 15 2023 23:30:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194561 | + | Email/Text: bankruptcyteam@quickenloans.com  Aug 15 2023 23:30:00 | | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 15230010 | + | Email/PDF: gecsedi@recoverycorp.com  Aug 15 2023 23:42:25 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15195667 | + | Email/PDF: gecsedi@recoverycorp.com  Aug 15 2023 23:55:53 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15194562 | + | Email/PDF: gecsedi@recoverycorp.com  Aug 15 2023 23:42:23 | | Synchrony Bank/Amazon, P.O. BOX 960090, Orlando, FL 32896-0090 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Matthew A. Sovick apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Matthew A. Sovick dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Jason Rolls | on behalf of Debtor Matthew A. Sovick rollsj@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Tiffany Worosz | on behalf of Creditor Colfax Power Plant Employees Federal Credit Union info@covellilaw.com tworosz@covellilaw.com |

TOTAL: 12